IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-01102-O |
| v. | § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her individual capacity and capacity as Principal of Durham Intermediate School, AND KIM RAY, in her individual capacity and capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, | § § § § § § § § § § § § | JURY TRIAL DEMANDED<br><br>ORAL ARGUMENT REQUESTED |
| Defendants. | § § | |

**PLAINTIFF M.F.'S APPENDIX IN SUPPORT OF ITS REPLY BRIEF
IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR
<u>TEMPORARY RESTRAINING ORDER</u>**

Pursuant to Local Rules 7.1(i) and 7.2(e), Plaintiff M.F., a minor, by and through his father, Michael Fisher, and his mother, Katherine Fisher, files this Appendix in Support of His Reply Brief in Support of Plaintiff's Emergency Motion for Temporary Restraining Order.

Plaintiff relies on the following in support of his Motion, in addition to the filings and pleadings in this case:

| Exhibit | Document | Appendix Page |
|---|---|---|
| 1 | Declaration of Michael D. Fisher | 001–002 |
| A | Disciplinary Alternative Education Program Placement Order of M.F. | 003–005 |

Dated: November 3, 2023								Respectfully submitted,

										*/s/ Griffin S. Rubin*
										**Mazin A. Sbaiti**
										Texas Bar No. 24058096
										mas@sbaitilaw.com
										**Griffin S. Rubin**
										Texas Bar No. 24121809
										gsr@sbaitilaw.com
										**SBAITI & COMPANY PLLC**
										Dallas Arts Tower
										2200 Ross Ave., Suite 4900W
										Dallas, Texas 75201
										T: (214) 432-2899
										F: (214) 853-4367

										**ATTORNEYS FOR PLAINTIFF**

DocuSign Envelope ID: 80E49A35-8C61-46A7-9B26-D400E1C6328A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-01102-O |
| v. | § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her individual capacity and capacity as Principal of Durham Intermediate School, AND KIM RAY, in her individual capacity and capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, | § § § § § § § § § § § | JURY TRIAL DEMANDED<br><br>ORAL ARGUMENT REQUESTED |
| Defendants. | § § | |

## DECLARATION OF MICHAEL DAVID FISHER

1. My name is Michael David Fisher. My date of birth is September 5, 1973. I am over the age of 18, am competent to make this Declaration, and do so based on personal knowledge.

2. I am the father of M.F., the minor plaintiff in this matter.

3. On October 27, 2023, I attended the DAEP placement hearing for M.F.

4. During those proceedings, M.F. explicitly informed Defendants that he did not create or publish the post of the individual Defendants identify as "Minor #2" in their response to the motion for temporary restraining order.

5. Attached hereto as Exhibit A is a true and correct copy of Defendants' Disciplinary Alternative Education Program Placement Order for M.F. that was received on October 29, 2023.

DocuSign Envelope ID: 80E49A35-8C61-46A7-9B26-D400E1C6328A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2023.

_____
Michael D. Fisher

# EXHIBIT A



*Empowering all Dragons to Achieve Excellence*

*Lane Ledbetter, Ed.D.*
*Superintendent of Schools*

October 29, 2023

Mr. & Mrs. Michael Fisher                                                                        Emailed to parents

███████████

Southlake TX 76092

### DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM PLACEMENT ORDER

M██ F████ was recommended for placement in Carroll ISD's Disciplinary Alternative Education Program (DAEP) for engaging in bullying, specifically cyberbullying, that occurred off school property or outside of a school-related activity that substantially disrupts the orderly operation of a classroom, school or school-sponsored or school-related activity, and in violation of the CISD Student Code of Conduct, *FFI (Legal) and FFI (Local),* and the Texas Education Code section 37.0832. A DAEP placement conference was held on Friday, October 27, 2023 at 12:30pm at Durham Intermediate School before Kim Ray, Assistant Principal and Hearing Officer.  Present at the conference were: M██ F████ student, Katherine Fisher, mother, Michael Fisher, father, Michael Fisher, Grandfather, Griffin Rubin, counsel for the Fisher family, Officer Wormley, Durham SRO, Whitney Wheeler, Principal, and Katie Pestcoe, CISD legal counsel. At the conference, your student was given an opportunity to share his account of the events.

After considering the information related to the alleged misconduct, the student's account of events, social media postings, the policies related to the allegation against the student, and the facts involved, it was determined that M██ committed the misconduct as charged.

IT IS ORDERED that M██ F████ be placed in the Carroll ISD Disciplinary Alternative Education Program for 45 school days with the placement to begin on October 30, 2023.

M██ is prohibited from attending or participating in school-sponsored or school-related activities during the term of placement in DAEP. This restriction applies until the student fulfills the DAEP assignment at this or another school district.

2400 N. Carroll Avenue, Southlake, TX  76092    817.949.8222    FAX 817.949.8228    www.southlakecarroll.edu

√ Excellence   √ Respectful Relationships   √ Character & Integrity   √ Innovation & Curiosity   √ Honest Communication   √ Service



Should the student seek to enroll in another school district before serving the full term of the DAEP placement, Carroll ISD will provide a copy of the DAEP order at the same time other records are provided to the enrolling school district.

The personal data of the student is as follows:

Name: M▇ F▇              DOB: ▇2011

SSN: ▇9734              Sex: Male

Parent/guardian: Katherine and Micahel Fisher     Phone: ▇

Home address: ▇ Southlake TX 76092

County: Tarrant


Dated this the 29th day of October, 2023.


Kim Ray
Campus Behavior Coordinator
Carroll ISD

2400 N. Carroll Avenue, Southlake, TX  76092    817.949.8222    FAX 817.949.8228    www.southlakecarroll.edu

√ Excellence  √ Respectful Relationships  √ Character & Integrity  √ Innovation & Curiosity  √ Honest Communication  √ Service

APP.005