IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, **MICHAEL FISHER**, and his mother, **KATHERINE FISHER**, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-01102-O |
| v. | § § § | |
| **CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER**, in her individual capacity and capacity as Principal of Durham Intermediate School, **AND KIM RAY**, in her individual capacity and capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Emergency Motion to Compel Limited Expedited Discovery (ECF No. 17), filed on November 10, 2023. Plaintiff seeks limited discovery from Defendants in advance of the upcoming preliminary injunction hearing. Although discovery is ordinarily not permitted prior to the Rule 26(f) conference, it may be sought "when authorized . . . by court order." FED. R. CIV. P. 26(d)(1). The Court determines that Plaintiff's requests are narrowly tailored and relevant. Allowing such limited discovery will also better enable the Court to evaluate the parties' respective interests and chances for success on the merits at the upcoming preliminary injunction hearing. Finding good cause, the Court **GRANTS** Plaintiff's Motion. Accordingly, the Court **ORDERS** Defendants to produce the requested items by no later than **Tuesday, November 14, 2023**.

**SO ORDERED** on this **10th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE