IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, § § § § | | |
| Plaintiff, § | Civil Action No. 4:23-cv-01102-O | |
| v. § § | | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her individual capacity and capacity as Principal of Durham Intermediate School, AND KIM RAY, in her individual capacity and capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, § § § § § § § § § § § § | JURY TRIAL DEMANDED | |
| Defendants. § § | | |

**NOTICE OF MOOTNESS OF THE PRELIMINARY-INJUNCTION HEARING**

Plaintiff M.F., a minor, by and through his father, Michael Fisher and his mother, Katherine Fisher ("Plaintiff"), and Defendants Carroll Independent School District (the "District"), Whitney Wheeler ("Wheeler"), and Kim Ray ("Ray") (collectively with the District and Wheeler, "Defendants") file this Notice informing the Court that the Parties have reached an agreement that moots Plaintiff's request for injunctive relief and, accordingly, moots the November 16, 2023 preliminary-injunction hearing set by the Court. *See* ECF No. 14. Plaintiff and Defendants respectfully request that the Court allow the temporary restraining order currently in effect, ECF No. 13, to expire on its own terms without modification.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully submitted, |
| */s/ Griffin S. Rubin* | */s/ Timothy Davis (with permission)* |
| **Mazin A. Sbaiti** | **Timothy Davis** |
| Texas Bar No. 24058096 | Texas Bar No. 24086142 |
| mas@sbaitilaw.com | tdavis@jw.com |
| **Jonathan Bridges** | **Allison Allman** |
| Texas Bar No. 24028835 | Texas Bar No. 24094023 |
| jeb@sbaitilaw.com | aallman@jw.com |
| **Griffin S. Rubin** | **JACKSON WALKER L.L.P.** |
| Texas Bar No. 24121809 | 777 Main Street, Suite 2100 |
| gsr@sbaitilaw.com | Fort Worth, Texas 76102 |
| **SBAITI & COMPANY PLLC** | T: (817) 334-7246 |
| Dallas Arts Tower | F: (817) 870-5146 |
| 2200 Ross Ave., Suite 4900W | |
| Dallas, Texas 75201 | |
| T: (214) 432-2899 | |
| F: (214) 853-4367 | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |