UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-1102-O |
| v. | § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, et al, | § § | |
| Defendants. | | |

## ORDER

Before the Court is the Parties' Notice of Mootness of the Preliminary Injunction Hearing (ECF No. 31), filed on November 15, 2023. The Notice provides that the Parties have reached an agreement that moots the requested injunctive relief. Accordingly, pursuant to that agreement the hearing set for November 16, 2023 is cancelled and the Temporary Restraining Order (ECF No. 13) currently in effect shall expire on its own terms.

The Parties are directed to file a joint status report explaining how the case will proceed in light of this agreement. The joint status report shall be filed no later than November 28, 2023.

**SO ORDERED** this **15th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE