# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, § § § § | | |
| Plaintiff, § | Civil Action No. 4:23-cv-01102-O | |
| v. § § | | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, *et al.*, § § § | | |
| Defendants. § | | |

## ORDER

Before the Court is Witness Bormaster's ("Bormaster") Motion for Protective Order, in Limine, and Sealing of File (ECF No. 30), filed November 15, 2023. As a non-party, Bormaster requests certain judicial safeguards—both prospective and retroactive—to protect the privacy of her minor son ("B.B."). Specifically, Bormaster seeks to (1) close proceedings to the public, (2) instruct that witnesses use nondescript, anonymous identifiers when discussing B.B., and (3) seal all pleadings previously filed on the docket and those that will be filed in the future (absent further order of the Court). ECF No. 30. The Court finds the first two requests **MOOT** due to the cancellation of the November 16, 2023 preliminary injunction hearing. *See* November 15, 2023 Order, ECF No. 32. As to the remaining request to seal, the Court **DEFERS** ruling at this time and **ORDERS** Bormaster, as the moving party, to specifically identify what should be sealed.[1] Upon receiving Bormaster's identification of specific items, the Court will determine whether to place any such items under seal.

**SO ORDERED** on this **16th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] At a minimum, this identification should specify the title of the document, the docket number, and whether the entire item should be sealed or if only a portion of the item should be sealed.