IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER,** | § § § § | |
| **Plaintiff,** | § § | Civil Action No. 4:23-cv-01102-O |
| v. | § § § | |
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** *et al.*, | § § § § | |
| **Defendants.** | § | |

### ORDER

Before the Court is a third-party witness' Motion for Protective Order, in Limine, and Sealing of File (ECF No. 30), filed November 15, 2023, and Supplemental Notice of Pleadings/Filings to Seal (ECF No. 36), filed November 16, 2023. As a non-party, the third-party witness asks the Court to seal specific pleadings previously filed on the docket to protect the privacy of her minor child's education records pursuant to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g *et seq.*; CFR Part 99. Having considered the motion and supplemental notice of items to seal, the Court **GRANTS** the request to seal specific items. Accordingly, the Clerk of the Court is **DIRECTED** to seal the below-referenced filings on the docket of this case:

1. ECF No. 21: Defendants' Exhibit List
2. ECF No. 22: Defendants' Witness List
3. ECF No. 30: Motion for Protective Order, in Limine, and Sealing of File
4. ECF No. 36: Notice of Pleadings/Filings to Seal

The Court further **ORDERS** the parties to this lawsuit to use nondescript, anonymous identifiers when referencing this third-party witness and her minor child in any future pleadings.

**SO ORDERED** on this **17th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE