IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, § § § § | | |
| Plaintiff, § | Civil Action No. 4:23-cv-01102-O | |
| v. § § | | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her individual capacity and capacity as Principal of Durham Intermediate School, AND KIM RAY, in her individual capacity and capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, § § § § § § § § § § § § | JURY TRIAL DEMANDED | |
| Defendants. § § | | |

## JOINT STATUS REPORT

Plaintiff M.F., a minor, by and through his father, Michael Fisher, and his mother, Katherine Fisher ("Plaintiff"), and Defendants Carroll Independent School District (the "District"), Whitney Wheeler ("Wheeler"), and Kim Ray ("Ray") (collectively with the District and Wheeler, "Defendants") file this joint status report per the Court's order. *See* ECF No. 32.

The parties are prepared to proceed with this action. To do so, Plaintiff has voluntarily dismissed his claims against Wheeler and Ray in their individual capacities without prejudice. ECF No. 38. Additionally, Defendants have provided their written consent to Plaintiff permitting the filing of an amended complaint reflecting such voluntary dismissal. *See* FED. R. CIV. P. 15(a)(2). Plaintiff agrees to file that amended complaint no later than 12:00 p.m. on November 29, 2023.

Once Plaintiff files this amended complaint, the parties are prepared to proceed with this action in the normal course.

| | |
|---|---|
| Dated:  November 28, 2023 | Respectfully submitted, |
| */s/ Griffin S. Rubin* | */s/ Timothy Davis (signed with permission)* |
| **Mazin A. Sbaiti** | **Timothy Davis** |
| Texas Bar No. 24058096 | Texas Bar No. 24086142 |
| mas@sbaitilaw.com | tdavis@jw.com |
| **Jonathan Bridges** | **Allison Allman** |
| Texas Bar No. 24028835 | Texas Bar No. 24094023 |
| jeb@sbaitilaw.com | aallman@jw.com |
| **Griffin S. Rubin** | **JACKSON WALKER L.L.P.** |
| Texas Bar No. 24121809 | 777 Main Street, Suite 2100 |
| gsr@sbaitilaw.com | Fort Worth, Texas 76102 |
| **SBAITI & COMPANY PLLC** | T: (817) 334-7246 |
| Dallas Arts Tower | F: (817) 870-5146 |
| 2200 Ross Ave., Suite 4900W | |
| Dallas, Texas 75201 | |
| T: (214) 432-2899 | |
| F: (214) 853-4367 | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |