IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, | § § § § | |
| Plaintiff, | § | Civil Action No. 4:23-cv-01102-O |
| v. | § § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her capacity as Principal of Durham Intermediate School, AND KIM RAY, in her capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, | § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## JOINT STIPULATION TO MODIFY EXPERT-DESIGNATION DEADLINES

Plaintiff M.F., a minor, by and through his father, Michael Fisher, and his mother, Katherine Fisher ("Plaintiff"), and Defendants Carroll Independent School District (the "District"), Whitney Wheeler, in her capacity as Principal of Durham Intermediate School ("Wheeler"), and Kim Ray, in her capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School ("Ray") (collectively with the District and Wheeler, "Defendants") file this Joint Stipulation to Modify Expert-Designation Deadlines.

Pursuant to the Court's scheduling order (ECF No. 40), Plaintiff and Defendants stipulate to the following: (1) the Initial Designation of Expert(s) deadline is modified from December 29, 2023, to January 12, 2023; and (2) the Responsive Designation of Expert(s) deadline is modified from January 29, 2024, to February 12, 2024. All other deadlines in the Court's scheduling order remain unaffected by this Stipulation.

Dated: December 21, 2023                                                      Respectfully submitted,

*/s/ Griffin S. Rubin*                                                                    */s/ Timothy Davis (with permission)*
**Mark Whitburn**                                                                   **Timothy Davis**
Texas Bar No. 24042144                                                       Texas Bar No. 24086142
mwhitburn@whitburnpevsner.com                                  tdavis@jw.com
**Sean Pevsner**                                                                      **Allison Allman**
Texas Bar No. 24079130                                                       Texas Bar. No. 24094023
spevsner@whitburnpevsner.com                                      aallman@jw.com
**WHITBURN & PEVSNER, PLLC**                                        **JACKSON WALKER L.L.P.**
2000 E. Lamar Boulevard, Suite 600                                777 Main Street, Suite 2100
Arlington, Texas 76006                                                         Fort Worth, Texas 76102
T: (817) 653-4547                                                                    T: (817) 334-7246
F: (817) 653-4477                                                                    F: (817) 870-5146

**Mazin A. Sbaiti**
Texas Bar No. 24058096
mas@sbaitilaw.com
**Jonathan Bridges**
Texas Bar No. 24028835
jeb@sbaitilaw.com
**Griffin S. Rubin**
Texas Bar No. 24121809
gsr@sbaitilaw.com
**SBAITI & COMPANY PLLC**
Dallas Arts Tower
2200 Ross Ave., Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367

**ATTORNEYS FOR PLAINTIFF**                                        **ATTORNEYS FOR DEFENDANTS**