UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **M.F.,** *et al.,* | § | |
| | § | |
|   Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01102-O |
| | § | |
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** *et al.,* | § | |
| | § | |
|   Defendants. | § | |

# ORDER

Before the Court is the Partially Unopposed Motion to Modify Scheduling Order and Request for Expedited Ruling (ECF No. 63), filed February 12, 2024 by Defendant City of Southlake and Defendant Adrian Wormley (the "City Defendants"). The Motion seeks a modification of the deadlines in the Court's November 28, 2023 Scheduling Order (ECF No. 40) to allow the City Defendants "sufficient time to adequately investigate and respond to the claims in this matter." ECF No. 63 at 10. Part of the modification request is due to Defendant Wormley's intention "to assert his qualified immunity defense, which this Court must address before discovery may proceed." *Id.* at 1. In addition to deadline modifications, the Motion also seeks to alter the unlimited settlement authority requirement to a modified version that allows for after-the-fact approval of a tentative settlement by the appropriate governing board or entity. *Id.* at 10. Finally, the Motion seeks access to various sealed docket entries. *Id.* at 3.

The Motion's certificate of conference states that Plaintiffs are unopposed to the relief requested (except as to the unsealing request).[1] Defendants Carroll Independent School District,

---

[1] The City Defendants note that they "did not expressly cover this request to access sealed items . . . by written correspondence sent February 9, 2024." Defs.' Partially Unopposed Mot. to Modify Scheduling Or. & Request for Expedited Ruling 3 n.1, ECF No. 63.

1

Whitney Wheeler, and Amy Ray (the "School Defendants") have not yet responded to the conference request. *Id.* at 11. Accordingly, the Court **ORDERS** the School Defendants to file a responsive notice by **February 15, 2024** indicating whether they are opposed to any part of the Motion. The Court further **ORDERS** Plaintiffs to submit a responsive notice confirming their position on the unsealing request or any other part of the Motion by **February 15, 2024**.

    **SO ORDERED** this **13th day** of **February, 2024**.

                                                      Reed O'Connor
                                         UNITED STATES DISTRICT JUDGE