IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a Minor, by and through his Father, MICHAEL FISHER, and his Mother, KATHERINE FISHER, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-01102-O |
| v. | § § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, et al. | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

### CISD DEFENDANTS' RESPONSE TO CITY DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND REQUEST FOR EXPEDITED RULING

Defendants Carroll Independent School District ("CISD") and Whitney Wheeler in her capacity as Principal of Durham Intermediate School ("Principal Wheeler") and Kim Ray in her capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School (collectively, the "CISD Defendants") file this Response to Defendant City of Southlake and Defendant Adrian Wormley's (collectively, the "City Defendants") Partially Unopposed Motion to Modify Scheduling Order and Request for Expedited Ruling (ECF No. 63, the "Motion") in accordance with the Court's February 13, 2024 Order (ECF No. 64) asking them to "indicat[e] whether they are opposed to any part of the Motion." ECF No. 64 at 2.

### I.    RESPONSE

In light of the Court's order granting Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF No. 56), the CISD Defendants have no opposition to the relief requested by the City Defendants.

The CISD Defendants join the City Defendants in requesting that the Court order all parties

to confer and submit a joint status report (preferably on or before March 23, 2024 so as to not further delay case resolution).

The CISD Defendants also join the City Defendants in requesting that, *after the parties submit their joint status report so as to not interrupt the remaining two days of discovery*, the Court stay all discovery pending resolution of the individual defendants' qualified immunity defenses.

The CISD Defendants separately request that in ordering the parties to confer and submit a joint status report, the Court indicate that no modification of the trial date shall extend more than four months beyond the current setting: June 17, 2024. Guidance as to the Court's preferred trial date will help the parties come to an effective agreement on intervening deadlines.

Respectfully submitted,

*/s/ Timothy Davis*
Timothy Davis
State Bar No. 24086142
tdavis@jw.com
Allison Allman
State Bar No. 24094023
aallman@jw.com
JACKSON WALKER LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102-5360
Tel. (817) 334-7246
Fax (817) 870-5146

**ATTORNEYS FOR CISD DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

Sean Pevsner
spevsner@whitburnpevsner.com
Mark Whitburn
mwhitburn@whitburnpevsner.com
WHITBURN & PEVSNER, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006

**ATTORNEYS FOR PLAINTIFF**

James T. Jeffrey, Jr.
jim@jeffrey.law
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016

**ATTORNEY FOR CITY DEFENDANTS**

*/s/ Allison Allman*
Allison Allman