IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| M.F., a minor, by and through his father, MICHAEL FISHER, and his mother, KATHERINE FISHER, MICHAEL FISHER, individually, AND KATHERINE FISHER, individually, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-01102-O |
| v. | § § | |
| CARROLL INDEPENDENT SCHOOL DISTRICT, WHITNEY WHEELER, in her capacity as Principal of Durham Intermediate School, KIM RAY, in her capacity as Assistant Principal and Campus Behavior Coordinator of Durham Intermediate School, CITY OF SOUTHLAKE, AND ADRIAN WORMLEY, in his official capacity as an officer of the Southlake Police Department, | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**PLAINTIFFS' NOTICE REGARDING LACK OF OPPOSITION TO MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to this Court's Order of February 13, 2024 (Dkt. No. 64), Plaintiffs hereby submit their Notice Regarding Lack of Opposition to Motion to Modify Scheduling Order and would respectfully confirm that Plaintiffs do not oppose the relief requested in the Partially Unopposed Motion to Modify Scheduling Order and Request for Expedited Ruling (Dkt. No. 63), including the request to access sealed items.

1

Dated:  February 14, 2024               Respectfully Submitted,

                 ___/s/ Mark Whitburn_____
                 Mark Whitburn
                 Texas Bar No. 24042144
                 Sean Pevsner
                 Texas Bar No. 24079130
                 Whitburn & Pevsner, PLLC
                 2000 E. Lamar Blvd., Suite 600
                 Arlington, Texas 76006
                 Tel: (817) 653-4547
                 Fax: (817) 653-4477
                 mwhitburn@whitburnpevsner.com

## ERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on counsel of record for Defendant in this matter on February 14, 2024, through the electronic filing service, as follows:

Tim Davis
Allison Allman
Jackson Walker, LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102-5360

James T. Jeffrey, Jr.
Law Offices of Jim Jeffrey
3200 W. Arkansas Lane
Arlington, Texas 76016

                 ___/s/ Mark Whitburn_____