UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| M.F., et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-01102-O |
| § | |
| CARROLL INDEPENDENT SCHOOL § | |
| DISTRICT, et al., § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT AS TO CERTAIN DEFENDANTS**

Consistent with the memorandum opinion and order signed this date, the claims of Plaintiffs against Defendants Adrian Wormley and City of Southlake are **DISMISSED with prejudice**.

**SO ORDERED** on this **4th day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE