IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| M.F., et al | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. 4:23-CV-01102-O |
| CARROLL INDEPEDENT SCHOOL DISTRICT, | § § § § |
| Defendant. | § § |

### ORDER SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 100).  The Court find that oral argument would be helpful with respect to this Motion.  Accordingly, the Court sets this matter for a hearing on November 3, 2025, at 9:00 am.  Counsel for Plaintiff and Defendant are **ORDRED** to attend and be prepared to address all issues relating to the motion.  The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**.

**SO ORDERED** this **24th day** of **October, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**